UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

---

GREYSTONE BANK, a North Carolina Bank,

               Plaintiff,

    v.

MOHAMED SAMSUDEEN
NOORUL SAMSUDEEN,

               Defendants.

Case No. 2:11-cv-01162 (WHW)

**OPINION AND
ORDER CONFIRMING SALE AND
AMENDING FINAL JUDGMENT**

---

**Walls, Senior District Judge**

    On August 1, 2012, this Court granted summary judgment in favor of the Plaintiff, Greystone Bank ("Plaintiff") and ordered Defendants to pay a final judgment in the amount of $596,027.73. ECF Nos. 19-20. On September 5, 2013, Plaintiff moved for an order confirming the foreclosure sale of the property located at 94 Main Street, Woodbridge, New Jersey (Block 544, Lot 94 on the Tax Map of the Township of Woodbridge) to satisfy the judgment. ECF No. 26. Plaintiff attached to its motion an appraisal report which, as the result of a thorough and persuasive analysis, assessed the subject property's fair market value at $350,000. ECF Nos. 26-2–26-5.

    IT IS on this 26th day of September, 2013 hereby:

    **ORDERED** that the U.S. Marshal's report of sale is approved and the sale is confirmed; and it is further

    **ORDERED** that final judgment entered in favor of Plaintiff GREYSTONE BANK in August 2012 be amended to reflect the fair market value of the property, leaving a balance which Defendants MOHAMED SAMSUDEEN and NOORUL SAMSUDEEN owe to Plaintiff in the amount of $246,027.73, plus post judgment interest thereon, and that execution may issue in accordance with the law; and it is further

    **ORDERED** that the U.S. Marshal is directed to issue a deed sufficient to convey title to the purchaser, and it is further

1

**ORDERED** that there is no just reason to delay enforcement of or appeal from this final order.

															_____
															William H. Walls
															United States Senior District Judge